```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09003
   HOWARD S VAUGHN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7404


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 04/13/2008 and was not confirmed.

   The case was dismissed without confirmation 10/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY    NOT FILED          .00            .00
CHASE HOME FINANCE LLC     CURRENT MORTG       .00           .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE       .00           .00            .00
QUANTUM SERVICING CORP     CURRENT MORTG       .00           .00            .00
QUANTUM SERVICING CORP     MORTGAGE ARRE       .00           .00            .00
AEGIS MORTGAGE CORP        UNSECURED     NOT FILED           .00            .00
AMERICAS SERVICING CO      UNSECURED     NOT FILED           .00            .00
CBT ASPIRE                 UNSECURED     NOT FILED           .00            .00
THD/CBSD                   UNSECURED     NOT FILED           .00            .00
CHASE BANK USA             UNSECURED       7627.21           .00            .00
CHASE MANHATTAN MORTGAGE   UNSECURED     NOT FILED           .00            .00
CITI                       UNSECURED     NOT FILED           .00            .00
CITI RESIDENTIAL LENDING   UNSECURED     NOT FILED           .00            .00
CITI RESIDENTIAL LENDING   UNSECURED     NOT FILED           .00            .00
DMCCB                      UNSECURED     NOT FILED           .00            .00
FIRST NATIONAL BANK OF O   UNSECURED     NOT FILED           .00            .00
HSBC                       UNSECURED     NOT FILED           .00            .00
NOVASTAR MORTGAGE          UNSECURED     NOT FILED           .00            .00
NOVASTAR MORTGAGE          UNSECURED     NOT FILED           .00            .00
NOVASTAR MORTGAGE          UNSECURED     NOT FILED           .00            .00
NOVASTAR MORTGAGE          UNSECURED     NOT FILED           .00            .00
OCWEN FEDERAL BANK         UNSECURED     NOT FILED           .00            .00
PALISADES COLLECTIONS      UNSECURED     NOT FILED           .00            .00
PALISADES COLLECTIONS      UNSECURED     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       9198.63           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED           .00            .00
PROVIDIAN                  UNSECURED     NOT FILED           .00            .00
CBUSASEARS                 UNSECURED     NOT FILED           .00            .00
WASHINGTON MUTUAL          UNSECURED     NOT FILED           .00            .00
WASHINGTON MUTUAL          UNSECURED     NOT FILED           .00            .00
WASHINGTON MUTUAL          UNSECURED     NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1448.11           .00            .00
GLENDA J GRAY              DEBTOR ATTY    1,274.00                       1,274.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09003 HOWARD S VAUGHN
```

```
TOM VAUGHN                    TRUSTEE                                       98.85
DEBTOR REFUND                 REFUND                                     5,532.15

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  6,905.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,274.00
TRUSTEE COMPENSATION                                98.85
DEBTOR REFUND                                    5,532.15
                         ---------------       ---------------
TOTALS                   6,905.00                6,905.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE